No. 314. WINGET KICKERNICK CO. ET AL. v. SIL-O-ETTE UNDERWEAR CORP. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the

Second Circuit denied. *Mr. Frank A. Whiteley* for petitioners. *Mr. Robert P. Weil* for respondent.